UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

RONALD M & SHEILA HASS,            Case No. 14-22101

                            Chapter 7 Proceeding
_____/     Honorable Daniel S. Opperman

## NOTICE OF INTENT TO FILE FINAL REPORT

**TO THE CLERK OF THE COURT:**

This is to inform the Court that the Final Report and Account for this estate will be filed approximately ninety (90) days from the date of this notice.

DATED: April 8, 2016                           /s/ Randall L. Frank
                                                               _____
                                                               Randall L. Frank (P33189)
                                                               Chapter 7 Trustee
                                                               P.O. Box 2220
                                                               Bay City, MI 48707-2220
                                                               (989) 893-2461
                                                               randall.frank@gmail.com