UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

RONALD & SHEILA HASS,   Case No. 14-22101

                      Debtor(s).   Chapter 7 Proceeding
                                     /   Hon. Daniel S. Opperman

## **<u>TRUSTEE'S REPORT OF PRIVATE SALE</u>**

      NOW COMES Randall L. Frank, Chapter 7 Trustee, who submits this Report of Private Sale pursuant to Bankruptcy Rule 6004, and states as follows:

(1)    This court on January 4, 2016, granted the order authorizing the sale of real property, with the common address of 6247 Kilgour Street, Marlette, Michigan, for the total purchase price of $50,000 with the purchaser being Andrew O'Connor.

(2)    The Trustee confirms that the sale of this real property is complete.

DATED: February 12, 2016

                                                /s/ Randall L. Frank

                                                Randall L. Frank (P33189)
                                                Attorney for Chapter 7 Trustee
                                                310 Davidson Building
                                                PO Box 2220
                                                Bay City, MI 48707
                                                (989) 893-2461
                                                randall.frank@gmail.com

# SELLER'S STATEMENT

**Purchaser:** Andrew O'Connor
**Seller:** Randall L. Frank, Trustee Chapter 7 Court Case No. 14-22101
**Settlement Agent:** Lighthouse Title, Inc.
(810)245-1297
**Place of Settlement:** 394 Clay Street
Lapeer, MI 48446
**Settlement Date:** January 11, 2016
**Property Location:** 6247 Kilgour Street
Marlette, MI 48453

| CREDITS | | |
|---|---|---|
| Contract sales price | | 50,000.00 |
| Less Total Credits to Seller | TOTAL CREDITS | 50,000.00 |

| DEBITS | | |
|---|---|---|
| City/Town taxes | | 22.78 |
| County taxes | | 6.83 |
| Listing agent commission to Century 21 Real Estate 217 50,000.00 @ 3.50% = 1,750.00 | | 1,750.00 |
| Selling agent commission to Hart Realty 50,000.00 @ 2.50% = 1,250.00 | | 1,250.00 |
| Administration/Broker Fee | Century 21 Real Estate 217 | 150.00 |
| Owner's Policy Premium | Lighthouse Title, Inc. | 547.73 |
| City/County tax/stamps | Sanilac County Register of Deeds | 55.00 |
| State tax/stamps | Sanilac County Register of Deeds | 375.00 |
| Record Court Order | Sanilac County Register of Deeds | 17.00 |
| 2014 Delq Taxes | Sanilac County Treasurer | 1,347.47 |
| 2015 Summer Tax | City of Marlette | 900.44 |
| 2015 Winter Tax | City of Marlette | 249.90 |
| Current Water & Sewer | City of Marlette | 64.48 |
| Water & Sewer Escrow | Century 21 Real Estate 217 | 300.00 |
| Less Total Reductions to Amount Due Seller | TOTAL DEBITS | 7,036.63 |

| BALANCE | |
|---|---|
| Sales Proceeds To Seller | 42,963.37 |

APPROVED:

Randall L. Frank, Trustee Chapter 7 Court Case No. 14-22101

BY: _____
Randall L. Frank, Trustee

Century 21 Real Estate 217